**Connie JOHNSON; Ray Johnson, Plaintiffs—Appellants,**

v.

**DIAL INDUSTRIES SALES, INCORPORATED; Telesteps, Incorporated, Defendants—Appellees.**

No. 07–2048.

United States Court of Appeals, Fourth Circuit.

Submitted: July 14, 2008.

Decided: Aug. 6, 2008.

Dennis F. O'Brien, Foard, Gisriel, O'brien & Ward, LLC, Towson, Maryland, for Appellants. John T. Sly, James B. Lees, Jr., Waranch & Brown, LLC, Lutherville, Maryland, for Appellees.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Connie and Ray Johnson appeal the district court's order granting summary judgment to Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Dial Indus. Sales, Inc.*, No. 3:05–cv–00047–JPB (N.D.W.Va. Sept. 21, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*